```
Case 8:13-bk-07319-CPM   Doc 12   Filed 06/06/13   Page 1 of 5
```

```
                            United States Bankruptcy Court
                              Middle District of Florida
In re:                                                              Case No. 13-07319-CPM
Robert L St. Denis                                                  Chapter 13
Patricia A. St. Denis
        Debtors                      CERTIFICATE OF NOTICE
District/off: 113A-8          User: hjeff                  Page 1 of 3                  Date Rcvd: Jun 04, 2013
                              Form ID: B9I                 Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
db/jdb        +Robert L St. Denis,    Patricia A. St. Denis,    6400 46th Ave North Unit 32,
                Kenneth City, FL 33709-3153
23528535      +Am-eagle/GEMB,    GE Capital Retail bank/Attention: Bankru,    PO Box 103104,
                Roswell, GA 30076-9104
23528537      +Amex/American Express,    PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23528539      +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
23528540      +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
23528541      +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
23528544      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
23528549      +Everhome Mortgage Co/Ever Bank,     Attn: Bankruptcy Department,    301 West Bay Street,
                Jacksonville, FL 32202-5184
23528566       Maritime ER Services Partnership,    6500 38th Ave N,    Saint Petersburg, FL 33710-1629
23528569      +Mohela/dept Of Ed,    633 Spirit Dr,   Chesterfield, MO 63005-1243
23528570       Quest Diagnositcs,    PO Box 740781,   Cincinnati, OH 45274-0781
23528576      +Weisfield Jewelers/Sterling Jewelers Inc,     Attn: Bankruptcy,    PO Box 3680,
                Akron, OH 44309-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: Notices@jillmcdonald.com Jun 05 2013 01:56:31     L Jill McDonald,
                Law Offices of Jill McDonald, LLC,    25400 US 19 N, Suite 252,    Clearwater, FL 33763
tr             E-mail/PDF: filing@waage13.com Jun 05 2013 02:28:52     Jon Waage,    P O Box 25001,
                Bradenton, FL 34206-5001
23528533      +Fax: 727-445-6301 Jun 05 2013 03:04:30     Achieva Credit Union,    Po Box 2650,
                Largo, FL 33779-2650
23528534      +EDI: GMACFS.COM Jun 05 2013 00:53:00     Ally Financial,   200 Renaissance Ctr,
                Detroit, MI 48243-1300
23528536      +EDI: BECKLEE.COM Jun 05 2013 00:53:00     American Express,    PO Box 3001,
                16 General Warren Blvd,   Malvern, PA 19355-1245
23528538      +EDI: TSYS2.COM Jun 05 2013 00:53:00     Barclays Bank Delaware,    Attn: Bankruptcy,
                P.O. Box 8801,   Wilmington, DE 19899-8801
23528542      +EDI: CAPITALONE.COM Jun 05 2013 00:53:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
                PO Box 30285,   Salt Lake City, UT 84130-0285
23528543      +EDI: CHASE.COM Jun 05 2013 00:53:00     Chase,   201 N. Walnut St//de1-1027,
                Wilmington, DE 19801-2920
23528545      +EDI: CHASE.COM Jun 05 2013 00:53:00     Chase Bank,   Attn: Bankruptcy Dept,    PO Box 15298,
                Wilmington, DE 19850-5298
23528546      +EDI: WFNNB.COM Jun 05 2013 00:53:00     Comenity Bank/TSA,    Attention: Bankruptcy,
                P.O. Box 182686,   Columbus, OH 43218-2686
23528547      +EDI: RCSFNBMARIN.COM Jun 05 2013 00:53:00     Credit One Bank,    PO Box 98873,
                Las Vegas, NV 89193-8873
23528579       EDI: FLDEPREV.COM Jun 05 2013 00:53:00     Department of Revenue,    PO Box 6668,
                Tallahassee, FL 32314-6668
23528548      +EDI: TSYS2.COM Jun 05 2013 00:53:00     Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
23528550      +EDI: WFNNB.COM Jun 05 2013 00:53:00     Express/Comenity Bank,    Attention: Bankruptcy Dept,
                PO Box 182686,   Columbus, OH 43218-2686
23528551      +EDI: RMSC.COM Jun 05 2013 00:53:00     GECRB/ Dillards,    Attn: Bankruptcy,    PO Box 103104,
                Roswell, GA 30076-9104
23528554      +EDI: RMSC.COM Jun 05 2013 00:53:00     GECRB/Chevron,    Attention: Bankruptcy,    PO Box 103104,
                Roswell, GA 30076-9104
23528557      +EDI: RMSC.COM Jun 05 2013 00:53:00     GECRB/JC Penny,    Attention: Bankruptcy,    PO Box 103104,
                Roswell, GA 30076-9104
23528558      +EDI: RMSC.COM Jun 05 2013 00:53:00     GECRB/Lowes,    Attention: Bankruptcy Department,
                PO Box 103104,   Roswell, GA 30076-9104
23528559       EDI: RMSC.COM Jun 05 2013 00:53:00     GECRB/Old Navy,    Attn: Bankruptcy,    PO Box 130104,
                Roswell, GA 30076
23528552      +EDI: RMSC.COM Jun 05 2013 00:53:00     Gecrb/amer Eagle Dc,    Po Box 965005,
                Orlando, FL 32896-5005
23528553      +EDI: RMSC.COM Jun 05 2013 00:53:00     Gecrb/carcare One,    Po Box 981439,
                El Paso, TX 79998-1439
23528555      +EDI: RMSC.COM Jun 05 2013 00:53:00     Gecrb/clockwrks Royal,    Po Box 981439,
                El Paso, TX 79998-1439
23528556      +EDI: RMSC.COM Jun 05 2013 00:53:00     Gecrb/dicks,   P.o. Box 965005,    Orlando, FL 32896-5005
23528560      +EDI: RMSC.COM Jun 05 2013 00:53:00     Gecrb/qvc,   Po Box 965018,    Orlando, FL 32896-5018
23528561      +EDI: RMSC.COM Jun 05 2013 00:53:00     Gecrb/tjx Cos,   Po Box 965005,    Orlando, FL 32896-5005
23528562      +EDI: RMSC.COM Jun 05 2013 00:53:00     Gemb/walmart,   Attn: Bankruptcy,    PO Box 103104,
                Roswell, GA 30076-9104
23528578       EDI: IRS.COM Jun 05 2013 00:53:00    Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
23528563       EDI: IRS.COM Jun 05 2013 00:53:00    Internal Revenue Service,    401 W Peachtree St NW,
                Atlanta, GA 30308
23528564      +E-mail/Text: ebnsterling@weltman.com Jun 05 2013 02:05:41     Kay Jewelers,    375 Ghent Road,
                Fairlawn, OH 44333-4600
```

```
District/off: 113A-8           User: hjeff                  Page 2 of 3                   Date Rcvd: Jun 04, 2013
                               Form ID: B9I                 Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
23528565     +EDI: CBSKOHLS.COM Jun 05 2013 00:53:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
23528567     +EDI: TSYS2.COM Jun 05 2013 00:53:00      Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
23528568     +EDI: MERRICKBANK.COM Jun 05 2013 00:53:00      Merrick Bk,   Attn: Bankruptcy,   P.O. Box 9201,
               Old Bethpage, NY 11804-9001
23528571     +EDI: RMSC.COM Jun 05 2013 00:53:00      Sams Club / GEMB,   Attention: Bankruptcy Department,
               PO box 103104,   Roswell, GA 30076-9104
23528572     +EDI: CITICORP.COM Jun 05 2013 00:53:00      Shell Oil / Citibank,   Attn: Centralized Bankruptcy,
               PO Box 20363,   Kansas City, MO 64195-0363
23528573     +EDI: HCA2.COM Jun 05 2013 00:53:00      St Petersburg General Hospital,   PO Box 99400,
               Louisville, KY 40269-0400
23528574     +EDI: CITICORP.COM Jun 05 2013 00:53:00      Sunoco/citi,   Attention: Bankruptcy,
               7920 NW 110th St.,   Kansas City, MO 64153-1270
23528575     +E-mail/Text: consumerbankruptcy@suntrust.com Jun 05 2013 04:31:42      Suntrust Bk Tampa Bay,
               Attn:Bankruptcy Dept,   PO Box 85092 MC VA-WMRK-7952,   Richmond, VA 23285-5092
23528577     +EDI: WFFC.COM Jun 05 2013 00:53:00      Wells Fargo Card Ser,   1 Home Campus,   3rd Floor,
               Des Moines, IA 50328-0001
                                                                                              TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Scott Bomkamp
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 113A-8               User: hjeff                 Page 3 of 3                   Date Rcvd: Jun 04, 2013
                                   Form ID: B9I                Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2013 at the address(es) listed below:
          Jon   Waage    jwflecf@trustee13.com
          L Jill McDonald    on behalf of Joint Debtor Patricia A. St. Denis Notices@jillmcdonald.com, jillnotices@gmail.com
          L Jill McDonald    on behalf of Debtor Robert L St. Denis Notices@jillmcdonald.com, jillnotices@gmail.com

                                                                                            TOTAL: 3

**FORM B9I** (Chapter 13 Case) (12/12)            Case Number **8:13–bk–07319–CPM**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on May 31, 2013 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors – Do not file this notice with any proof of claim you submit to the court.*
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert L St. Denis<br>6400 46th Ave North Unit 32<br>Kenneth City, FL 33709 | Patricia A. St. Denis<br>6400 46th Ave North Unit 32<br>Kenneth City, FL 33709 |
| Case Number:<br>8:13–bk–07319–CPM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–6409<br>xxx–xx–3827 |
| Attorney for Debtor(s) (name and address):<br>L Jill McDonald<br>Law Offices of Jill McDonald, LLC<br>25400 US 19 N, Suite 252<br>Clearwater, FL 33763<br>Telephone number:  727 231–4300 | Bankruptcy Trustee (name and address):<br>Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206–5001<br>Telephone number:  941–747–4644 |

## Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones into the Courthouse.

Date: **July 2, 2013**        Time: **10:30 AM**
Location: **Room 100–B, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **September 30, 2013**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **180 days from the date of filing**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Challenge Dischargeability of Certain Debts: September 3, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor(s) plan or a summary of the plan and notice of confirmation hearing will be sent separately.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602<br>Telephone number:  813–301–5162 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open:  Monday – Friday 8:30 AM – 4:00 PM | Date:  June 4, 2013 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

## EXPLANATIONS

FORM B9I (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Attention Mortgage Holders**: Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §727(a)(8) or (a)(9) you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

| | |
|---|---|
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |